506 A.2d 861

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**James SHEPPARD, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 20, 1986.

## ORDER

PER CURIAM.

AND NOW, this 20th day of February, 1986, the order of the Commonwealth Court dated June 14, 1985, is reversed and this case is hereby remanded to the Pennsylvania Board of Probation and Parole for further proceedings consistent with our opinion in *Rivenbark v. Commonwealth,* 509 Pa. 248, 501 A.2d 1110 (1985).